

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-58,358-02

### EX PARTE JOSE NOEY MARTINEZ

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FILED IN CAUSE NO. CR-0385-95-G(2) IN THE 370th DISTRICT COURT HIDALGO COUNTY

*Per curiam*.

### O R D E R

In November 1996, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Martinez v. State*, No. AP-72,704 (Tex.Crim.App. June 30, 1999). On March 12, 2008, this Court remanded applicant's writ application to the trial court. On August 1, 2012, because it had been more than four years since the application was remanded, we ordered the trial court to resolve any remaining issues in the case within 90 days of the date of that order, and we ordered the clerk to thereafter transmit the complete

writ record to this Court.

Although one extension was obtained, it has now been more than a year since the writ application was due in this Court. Therefore, the trial court is ordered to finish resolving the issues in the case and enter findings of fact and conclusions of law within 60 days of the date of this order. The district clerk shall immediately thereafter forward to this Court the complete record of the case. No extensions of time shall be entertained without a showing of good cause.

IT IS SO ORDERED THIS THE 18TH DAY OF JUNE, 2014.

Do Not Publish